# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131283

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHURCH MUTUAL INSURANCE COMPANY,
      Plaintiff-Appellant,

v

CONSUMERS ENERGY COMPANY,
      Defendant-Appellee.

SC: 131283
COA: 267524
Ottawa CC: 99-035674-NZ

_____/

      On order of the Court, the application for leave to appeal the April 14, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

t0918